UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THERESA SIMS, *et al.*,

    Plaintiffs,

v.

OFFICER KURT SCHUTZ, *et al.,*

    Defendants.

Case No. 3:18-cv-00489-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 22.) The stipulation acknowledges that the plaintiffs' claims against Officer Nicholas Ballard and Officer Jon Friederich are **DISMISSED WITH PREJUDICE**. The Court accordingly **DIRECTS** the Clerk of Court to terminate Ballard and Friederich as defendants in this case.

**IT IS SO ORDERED.**

**DATED:  NOVEMBER 6, 2018**

                                                  <u>**s/ *J. Phil Gilbert***</u>
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**