# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA SIMS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No.   18-cv-489 JPG |
| OFFICER KURT SCHUTZ, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion to dismiss (doc. 35). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 9/16/2021

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE